IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED

2010 JUN -4 P 3: 25

Dawn Michelle Wilson )
_____ )
_____ )
(Enter above the full name of Plaintiff(s))  )
                                              )
vs.                                           )
                                              )
Security Transport Services  )
Name                    Inc. )               Case Number: 10-4062-JAR/DJW
                                              )   (To be assigned by Clerk)
1643 SW 41st            )
Street and number       )
                        )
Topeka     KS      66609 )
City       State   Zip Code )

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This employment discrimination lawsuit is based on (check only those that apply):

    \_\_\_\_ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
    **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

    \_\_\_\_ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
    **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

    ✓ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,

1

for employment discrimination on the basis of disability.
**NOTE:** *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Other (Describe)

_____
_____
_____

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

_____
(Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:
   April 3, 2008 and on going

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?
   ✓ Yes   Date filed: Dec 16, 2008
   ____ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?
   ✓ Yes   Date filed: Oct 16, 2008
   ____ No

6. Have you received a Notice of Right-to-Sue Letter?
   ✓ Yes ____ No
   If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:
   ____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
   ____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

2

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   - ✓ failure to hire me for office position that I applied for
   - ✓ termination of my employment
   - ___ failure to promote me
   - ✓ failure to accommodate my disability
   - ✓ terms and conditions of my employment differ from those of similar employees
   - ___ retaliation
   - ___ harassment
   - ___ reduction in wages
   - ___ other conduct (specify):

   _____    _____
   _____    _____
   _____    _____
   _____    _____
   _____    _____

   Did you complain about this same conduct in your charge of discrimination?
   ✓ Yes     ___ No

9. I believe that I was discriminated against because of (check all that apply):
   - ___ my race or color, which is _____
   - ___ my religion, which is _____
   - ___ my national origin, which is _____
   - ___ my gender, which is ___ male; ___ female
   - ✓ my disability or perceived disability, which is uterian cancer
   - ___ my age (my birth date is: _____)
   - ___ other: _____

   Did you state the same reason(s) in your charge of discrimination?
   ✓ Yes     ___ No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

    In April 2006 I was hired by the company to work as a transport officer. My job was as an out of state transporter. In January 2008 I became an in state transporter. On March 29, 2008 I developed a medical condition later diagnosed as uterian cancer. While working the person I was transporting was transferred to another

3

cont. #10          Additional Information

transporter and I was treated at Lawrence ~~predicare~~ memorial Hospital.

On April 2, 2008 I notified my employer of my cancer diagnosis. I remained able to work but was not scheduled for any further transports.

I had applied for an office position in March 2008 but the position was not filled until after my diagnosis. I requested office work following the cancer diagnosis

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    ✓ are still being committed by Defendant.
    ___ are no longer being committed by Defendant.
    ___ may still be being committed by Defendant.

12. Plaintiff:
    ✓ still works for Defendant but not assigned hours to work
    ___ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    ✓ Yes   ___ No
    Explain: allowing me to fill an office position that was open that I had applied for + was qualified for.

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
  ✓ Defendant be directed to employ Plaintiff
  ✓ Defendant be directed to re-employ Plaintiff
  ___ Defendant be directed to promote Plaintiff
  ✓ Defendant be directed to accommodate my disability
  ✓ Injunctive relief (please explain): Stop discriminating
  ✓ Monetary damages (please explain): back pay, lost benefits, future pay
  ✓ Costs and fees involved in litigating this case
  ✓ As additional relief to make Plaintiff whole, Plaintiff seeks: damages for pain & suffering, and punitive damages to punish them
  and such other relief as may be appropriate, including attorney's fees, if applicable. for discrimination

Signed this 4 day of June, 20 10.

Michelle Wilson
Signature of Plaintiff

Dawn Michelle Wilson
Name (Print or Type)

3519 SE Bright
Address

Topeka KS 66605
City State Zip Code

620 481-9830
Telephone Number

4

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita ☐, Kansas City ☐, or Topeka ☑ ), Kansas as the location for the trial in this matter. (check one location)

*[Signature]*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury  ☑ yes   ☐ no .
(check one)

*[Signature]*
Signature of Plaintiff

Dated: 6-4-10
(Rev. 8/07)

5